UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.:  05-354 (MJD/RLE)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                     ORDER

(1) SILVINO ARIAS RODRIGUEZ,

      Defendant.


Defendant Rodruguez has filed a waiver of speedy trial in this case.

Therefore, the Court will grant the waiver.

Based on all the files, records and proceedings herein, **IT IS HEREBY**

**ORDERED**, that:

      1.      Defendant Rodriguez's motion to waive speedy trial [docket # 31] is

**GRANTED**;

      2.      The time between January 27, 2006, and April 3, 2006, shall be

excluded in computing the time within which the trial in this matter must commence

under the Speedy Trial Act pursuant to Title 18, United States Code, Section

3161(h)(8)(A).  The ends of justice will be served by continuing the trial date.  This

finding is based upon the Court's conclusion that the failure to grant such a

continuance would unreasonably deny the parties a right to a fair and just hearing.

Dated: February 14, 2006

                        s / Michael J. Davis
                        MICHAEL J. DAVIS
                        United States District Court Judge