UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

       Plaintiff,

   vs.

Silvino Arias Rodriguez, a/k/a
Silvino Rodriguez Arias,

       Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Crim. No. 05-354(MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Defendant=s Motion for Leave to File Suppression Motion [Docket No. 25] is granted.

2.    That the Defendant=s Motion to Suppress Evidence [Docket No. 29] is denied.

                                                  s / Michael J. Davis
                                                  Michael J. Davis, Judge
                                                  United States District Court

DATED: May 3, 2006